UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| WILLIAM BAUBLIT ) | |
| ) | |
| vs. ) | Case No. 08-6071-CV-SJ-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE. ) | |
| ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came to decision before the Court.  The issues have been determined and a decision has been rendered.

For good cause appearing, the Court hereby **GRANTS** Defendant's Motion to Reverse and Remand with Suggestions in Support (#10) and directs the Administrative Law Judge to give further consideration to Plaintiff's residual functional capacity. Pursuant to sentence four of 42 U.S.C. Section 405(g), the Court orders that final judgment be entered **REVERSING** the decision of the Administrative Law Judge and **REMANDING** the case to the Commissioner for action in accordance with the Court's Order (#11).  *See Brown v. Barnhart*, 282 F. 3d 580, 581 (8th Cir. 2002) (finding that a District Court must enter a final judgment affirming, modifying, or reversing the Administrative Law Judge's decision to remand social security cases to the Commissioner).

**IT IS SO ORDERED.**

| | |
|---|---|
| May 14, 2009 | Ann Thompson |
| Date | Clerk |

| | |
|---|---|
| Entered on: May 15, 2009 | s/ Karen. Siegert |
| | (By) Deputy Clerk |